**H. R. WILLIAMS v. NATHAN McCLELLAN**

21 So. (2nd) 212
February 16, 1945
Rehearing denied March 26, 1945

January Term, 1945
Division B

*Davis & Lockhart* and *Miller & Fitzsimmons,* for appellant.

*John D. Kennedy,* for appellee.

PER CURIAM:

Upon consideration of the record and briefs, the decree appealed from is affirmed.

It is so ordered.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.